IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SIDNEY KISAAN MAXBERRY,** <br> **BOP REG. # 22861-032M** <br><br> Petitioner, <br><br> vs. <br><br> **WARDEN, FCI YAZOO CITY LOW, II,** <br> **YAZOO CITY, MISSISSIPPI,** <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIV. ACT. NO. 1:25-cv-59-TFM-N <br> ) <br> ) <br> ) <br> ) <br> ) |

## MEMORANDUM OPINION AND ORDER

On June 4, 2025, the Magistrate Judge entered a report and recommendation which recommends this petition for habeas corpus brought pursuant to 28 U.S.C. § 2241 be transferred to the United States District Court for the Southern District of Mississippi under 28 U.S.C. § 1631. *See* Doc. 4. No objections were filed and the time frame has long passed. Therefore, it is ripe for review.

Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **TRANSFERRED** to the United States District Court for the Southern District of Mississippi. The Clerk of Court is **DIRECTED** to effectuate the transfer.

**DONE** and **ORDERED** this 18th day of September, 2025.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE